**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1165**

———————

In Re: STANLEY JAMES DEVELOPMENT CORPORATION,

Debtor.

———————

JAMES H. KING,

Plaintiff - Appellant,

and

LINDA L. KING; WENDY KING,

Plaintiffs,

versus

GERARD RICHARD VETTER,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-01-
3411-AMD, BK-98-6-7627-SD, AP-01-5062-SD)

———————

Submitted: July 18, 2002          Decided: July 23, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

James H. King, Appellant Pro Se.  Gerard Richard Vetter, GOLDMAN & VETTER, P.A., Baltimore, Maryland, Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James King appeals from the district court's order affirming the bankruptcy court's dismissal of his action in which he sought recovery of damages from counsel for the bankruptcy trustee.  We have reviewed the record and the opinions of the district court and the bankruptcy court and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See King v. Vetter, Nos. CA-01-3411-AMD; BK-98-6-7627-SD; AP-01-5062-SD (D. Md. Jan. 28, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED